**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01614-CV

### W. DAVID HOLLIDAY, Appellant

### V.

### GREG WEAVER AND WENDY WEAVER, Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-07-07953-C**

## ORDER

Appellees' unopposed  motion for an extension of time in which to file their motion for rehearing is **GRANTED**. Appellees' motion for rehearing is due **on or before September 19, 2013.**

/s/    ELIZABETH LANG-MIERS
JUSTICE